



03996





